1 JORDAN SCHWELLER, Esq. (SBN: 244703)
Attorney at Law
2 1889 Bacon Street, Suite 11
San Diego, CA 92107
3 Telephone: (858) 337-4081

FILED
AUG 27 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10 MJ 2450-RBB<br>10 CR 3004-DMS |
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY AND ORDER THEREON |
| JOSE GODINEZ LOPEZ, | |
| Defendant. | |

The defendant, JOSE GODINEZ LOPEZ, hereby substitutes JORDAN SCHWELLER as his attorney of record in the matter on file herein. The current attorney is relieved of any further responsibility in relation to this case.

I ACCEPT SUBSTITUTION

Dated: 8-24-10

_____
JOSE GODINEZ LOPEZ

I ACCEPT SUBSTITUTION

Dated: 8/24/10

_____
JORDAN SCHWELLER

SUBSTITUTION OF ATTORNEY

1

| | |
|---|---|
| 1 | I ACCEPT SUBSTITUTION |
| 2 | Dated: |

_____
CURRENT ATTORNEY

IT IS SO ORDERED.
Dated: 8/26/2010

_____
UNITED STATES DISTRICT
COURT JUDGE
 MAGISTRATE

SUBSTITUTION OF ATTORNEY

2

Jordan Schweller, Esq. (SBN: 244703)
Attorney at Law
1889 Bacon Street, Suite 11
San Diego, CA 92107
Telephone: (858) 337-4081

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 10 MJ 2450 |
| Plaintiff, | ) | |
| | ) | PROOF OF SERVICE FOR |
| v. | ) | SUBSTITUTION OF ATTORNEY AND |
| | ) | ORDER THEREON |
| JOSE GODINEZ LOPEZ, | ) | |
| Defendant. | ) | |

I have notified all parties of the above entitled matter.

Dated: 9/25/10

JORDAN SCHWELLER

PROOF OF SERVICE

1